36672.   GOULDMAN-TABER PONTIAC, INC. *v.* ZERBST.

GARDNER, P. J.   The Supreme Court of Georgia in *Gouldman-Taber Pontiac, Inc.* v. *Zerbst*, 213 *Ga.* 682 (100 S. E. 2d 881) having reversed the judgment of this court in *Gouldman-Taber Pontiac, Inc.* v. *Zerbst*, 96 *Ga. App.* 48 (99 S. E. 2d 475), the judgment of affirmance originally rendered by this court is hereby vacated, and the judgment of the trial court is reversed in conformance to the rulings and judgment of the Supreme Court.

*Judgment reversed. Townsend and Carlisle, JJ., concur.*

DECIDED DECEMBER 4, 1957.

*Hurt, Gaines, Baird, Peek & Peabody,* for plaintiff in error.

*J. William Gibson, Moise, Post & Gardner,* for parties at interest not parties to record.

*Dennis F. Jones,* contra.